THOMAS McCARTHY, Respondent, *v.* THE CENTRAL REFINING COMPANY (Limited), Appellant

(Argued April 29, 1886 ; decided June 1, 1886.)

*Sidney Ward* for appellant.

*Thomas E. Pearsall* for respondent.

Agree to affirm ; no opinion
All concur.
Judgment affirmed.